STATE v. BRICE

No. 20 PC.

Case below: 17 N.C. App. 189.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.

STATE v. COLEY

No. 43 PC.

Case below: 17 N.C. App. 443.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.

STATE v. FAISON

No. 34 PC.

Case below: 17 N.C. App. 200.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.

STATE v. GRISSOM

No. 33 PC.

Case below: 17 N.C. App. 374.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.

STATE v. LEWIS

No. 5 PC.

Case below: 17 N.C. App. 117.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.